McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-07-0099 LKK |
| Plaintiff, | ORDER FOLLOWING HEARING |
| v. | |
| ALBERTO ARRELLANES FELIX, | |
| Defendant. | |

This matter came on for a status conference on April 10, 2007, at 9:30 a.m.  Assistant United States Attorney Matthew Segal appeared on behalf of plaintiff United States of America and David Dratman, Esq., appeared on behalf of defendant Alberto Arrellanes FELIX.

The parties indicated that discovery would be forthcoming and therefore further time to evaluate the case was needed for further negotiations and defense preparation.  The parties asked that the matter be continued to May 15, 2007, for a further status conference and that the time from April 10, 2007, through May 15, 2007, be excluded under the Speedy Trial Act for defense counsel to become familiar with the case, prepare for trial, and in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

1

Therefore, based upon the representations of the parties at the April 10, 2007, status conference, **IT IS HEREBY ORDERED** that:

(1) A further status conference in this case is set for May 15, 2007, at 9:30 a.m.; and

(2) Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, the time period from April 10, 2007, up to and including May 15, 2007, is excluded from the time computation required by the Speedy Trial Act based upon the need for the defendant's new counsel to become familiar with the case and prepare for trial in this matter.

DATED: April 23, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2