DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-0099 LKK |
|---|---|
| Plaintiff, | **ORDER FOLLOWING STATUS CONFERENCE EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ALBERTO ARELLANES FELIX, | |
| Defendant. | |

This matter came on for a status conference on July 31, 2007 at 9:30 a.m. Assistant U.S. Attorney Jason Hitt appeared on behalf of plaintiff United States of America; and, David W. Dratman, appeared on behalf of and with his client, Alberto Arellanes Felix.

The parties agreed that the defense request for additional time to prepare based upon the provision of discovery by the United States; and, the need for the defense to investigate justified an exclusion of time between July 31, 2007 and September 11, 2007, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4.

Therefore, based upon the representations of the parties, including Mr. Felix, at the status conference on July 31, 2007, IT IS HEREBY ORDERED that:

(1)  A further status conference in this case is set for September 11, 2007 at 9:30 a.m.

(2)  Pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4, the time period from July 31, 2007, up to and including September 11, 2007, is excluded from the time computations required by the Speedy Trial Act to insure that both parties receive a

1  speedy trial, based upon the need of defense counsel to investigate and engage in
2  preparation of the defense in this case; and, the Court further finds that the failure to
3  grant a continuance in this case would deny defense counsel reasonable time necessary
4  for effective preparation, taking into account the exercise of due diligence. .

Dated: August 7, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT