DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-0099 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ALBERTO ARELLANES FELIX, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, William Sokol, Jr., through his attorney, David W. Dratman, that the status conference scheduled for September 11 , 2007, shall be continued to October 16, 2007 at 9:30 a.m.

The defense requests additional time to prepare based upon the provision of requested discovery (6 CDs and 2 audiotapes) by the United States which must be reviewed; and, upon which defense investigation may be necessary.

The parties stipulate that the foregoing justifies an exclusion of time between September 11, 2007 and October 16, 2007, within which the trial of this case must be

//
//
//
//

1  commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161
2  (h)(8)(B)(iv) and Local Code T4 (time for defense counsel to prepare).

3  Dated:  September 7, 2007           /s/ David W. Dratman
                                       DAVID W. DRATMAN
4                                      Attorney for Defendant
                                       ALBERTO ARELLANES FELIX

6  Dated:  September 7, 2007           McGREGOR W. SCOTT
                                       UNITED STATES ATTORNEY

8                                      By: /s/ Jason Hitt*
                                       JASON HITT
9                                      Assistant U.S. Attorney
                                       *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from September 11, 2007 to and including October 16, 2007, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: September 10, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT