1   DAVID W. DRATMAN
    Attorney at Law
2   State Bar No. 78764
    1007 7th Street, Suite 305
3   Sacramento, California  95814
    Telephone: (916) 443-2000
4   Facsimile:  (916) 443-0989
    Email: dwdratman@aol.com
5
    Attorney for Defendant
6   ALBERTO ARELLANES FELIX

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          CR-S-07-0099 LKK

11                 Plaintiff,          **STIPULATION AND ORDER
                                       CONTINUING STATUS
12        vs.                          CONFERENCE AND
                                       EXCLUDING TIME UNDER THE
13  ALBERTO ARELLANES FELIX,           SPEEDY TRIAL ACT**

14                 Defendant.

15

16        IT IS HEREBY STIPULATED between the United States of America, through its attorney of

17  record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arrellanes Felix, through his attorney, David

18  W. Dratman, that the status conference scheduled for December 11, 2007, shall be continued to

19  January 8, 2008 at 9:30 a.m.

20        The defense requests additional time to prepare based upon the provision of requested

21  discovery (6 CDs and 2 audiotapes) by the United States which is still in the process of being

22  reviewed; and, upon which defense investigation may be necessary.  In addition, Mr.  Dratman has

23  been informed that Mr.  Felix has been housed for some time in the San Joaquin County Jail, because

24  of pending child custody issues; and, his availability for review of materials has been geographically

25  limited, until he was recently brought back to the Sacramento County jail.

26        The parties stipulate that the foregoing justifies an exclusion of time between December 11,

27  2007 and January 8, 2008, within which the trial of this case must be commenced, pursuant to the

28  provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4

_____
            STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

(time for defense counsel to prepare).

Dated:  December 7, 2007                    /s/ David W. Dratman
                                            DAVID W. DRATMAN
                                            Attorney for Defendant
                                            ALBERTO ARELLANES FELIX


Dated:  December 7, 2007                    McGREGOR W. SCOTT
                                            UNITED STATES ATTORNEY


                                       By: /s/ Jason Hitt*
                                   JASON HITT
                                            Assistant U.S. Attorney
                                            *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from December 11, 2007 to and including January 8, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: December 7, 2007

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

---

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE