DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO ARELLANES FELIX,<br><br>Defendant. | CR-S-07-0099 LKK<br><br>**ORDER PURSUANT TO STIPULATION SETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

On January 8, 2008, the parties appeared before the Court for a status conference.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and David W. Dratman appeared with his client, defendant Alberto Arrellanes Felix.

Based on the stipulation of the parties; and, good cause appearing therefrom, the Court sets the following briefing schedule:

  Defense motions due:       February 12, 2008

  Government's Opposition due:    March 11, 2008

  Defendant's Reply due:       March 18, 2008

  Non-Evidentiary Hearing:      March 25, 2008 at 9:30 a.m.

Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by

the granting of such continuance outweigh the interests of the public and that the time from January 8, 2008 to and including March 25, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: February 1, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT