DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALBERTO ARELLANES FELIX,<br><br>　　　　　Defendant. | CR-S-07-0099 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING, SETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arrellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for March 25, 2008, shall be continued to June 17, 2008 at 9:30 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

　　　　Defense motions due:　　　　　　　April 29, 2008

　　　　Government's Opposition due:　　　May 27, 2008

　　　　Defendant's Reply due:　　　　　　June 10, 2008

　　　　Non-Evidentiary Hearing:　　　　　June 17, 2008 at 9:30 a.m.

　　　　The parties had previously stipulated and the Court had ordered the exclusion of time through March 25, 2008.  The parties stipulate that the foregoing justifies an exclusion of time between March 25, 2008 and June 17, 2008,  within which the trial of this case must be commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 (time for defense counsel to prepare).

| | |
|---|---|
| 1  Dated: March 20, 2008 | /s/ David W. Dratman |
| 2 | DAVID W. DRATMAN<br>Attorney for Defendant<br>ALBERTO ARELLANES FELIX |
| 4  Dated: March 20, 2008 | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
| 6 | By: /s/ Jason Hitt* |
| 7 | JASON HITT<br>Assistant U.S. Attorney<br>*Signed with permission |

### ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from March 25, 2008 to and including June 17, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: March 21, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT