1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  ALBERTO ARELLANES FELIX

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            CR-S-07-0099 LKK

11         Plaintiff,                   **STIPULATION AND ORDER
                                        CONTINUING HEARING,**
12     vs.                              **SETTING BRIEFING SCHEDULE
                                        AND EXCLUDING TIME UNDER**
13 ALBERTO ARELLANES FELIX,             **THE SPEEDY TRIAL ACT**

14         Defendant.

15

16      IT IS HEREBY STIPULATED between the United States of America, through its attorney of

17 record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arrellanes Felix, through his attorney, David

18 W. Dratman, that the hearing scheduled for August 26, 2008, shall be continued to November 18, 2008

19 at 9:30 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

20      Defense motions due:              October 7, 2008

21      Government's Opposition due:      November 4, 2008

22      Defendant's Reply due:            November 11, 2008

23      Non-Evidentiary Hearing:          November 18, 2008 at 9:30 a.m.

24      The parties had previously stipulated and the Court had ordered the exclusion of time through

25 August 26, 2008.  The parties stipulate that the foregoing justifies an exclusion of time between August

26 26, 2008 and November 18, 2008,  within which the trial of this case must be commenced, pursuant

27 to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code

28 T4 (time for defense counsel to prepare).

Dated: August 20, 2008                    /s/ David W. Dratman
                                          DAVID W. DRATMAN
                                          Attorney for Defendant
                                          ALBERTO ARELLANES FELIX


Dated: August 20, 2008                    McGREGOR W. SCOTT
                                          UNITED STATES ATTORNEY


                                          By: /s/ Jason Hitt*
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from August 26, 2008 to and including November 18, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: August 21, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT