1 | DAVID W. DRATMAN
Attorney at Law
2 | State Bar No. 78764
1007 7th Street, Suite 305
3 | Sacramento, California  95814
Telephone: (916) 443-2000
4 | Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-0099 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE  AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ALBERTO ARELLANES FELIX, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for  February 18, 2009, shall be continued to May 12, 2009 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

　　　Defense motions due:　　　　　　　April 7, 2009

　　　Government's Opposition due:　　　April 28, 2009

　　　Defendant's Reply due:　　　　　　May 5, 2009

　　　Non-Evidentiary Hearing:　　　　　May 12, 2009 at 9:15 a.m.

　　　The parties had previously stipulated and the Court had ordered the exclusion of time through February 18, 2009.  The parties stipulate that the foregoing justifies an exclusion of time between February 18, 2009 and May 12, 2009, within which the trial of this case must be commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv); and,

1  Local Code T4 (time for defense counsel to prepare).

2  Dated:  February 13, 2009                    /s/ David W. Dratman
                                                DAVID W. DRATMAN
3                                               Attorney for Defendant
                                                ALBERTO ARELLANES FELIX
4

5  Dated:  February 13, 2009                    LAWRENCE G. BROWN
                                                ACTING UNITED STATES ATTORNEY
6

7                                               By: /s/ Jason Hitt*
                                                    JASON HITT
8                                                   Assistant U.S. Attorney
                                                    *Signed with permission
9

10                                      ORDER

11      The Court, having considered the stipulation of the parties, and good cause appearing

12  therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of

13  the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel

14  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

15  The Court specifically finds that the ends of justice served by the granting of such continuance

16  outweigh the interests of the public and that the time from February 18, 2009 to and including May

17  12, 2009, shall be excluded from computation of time within which the trial of this case must be

18  commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to

19  prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

20       It is so ordered.

21  Dated: February 13, 2009

22

23                                              _____
                                                LAWRENCE K. KARLTON
24                                              SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT
25

26

27

28