LAWRENCE G. BROWN
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-0099 LKK |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| ALBERTO FELIX, | |
| Defendant. | |

This matter came on for a status conference on August 25, 2009. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and David W. Dratman, Esq., appeared on behalf of defendant Alberto FELIX. The defendant was present in custody utilizing the services of a court-certified Spanish interpreter.

The parties indicated that the defendant would be filing a motion to suppress evidence and submitted a proposed briefing scheduling and hearing date for that motion. The Court adopted the proposed briefing schedule.

The parties stipulated that the time from August 25, 2009, through the filing of the defendant's motion on October 6, 2009, should be excluded under the Speedy Trial Act for defense counsel to

1

research, write, and file his motion to suppress taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). For these reasons, the defendant and the government stipulated that the interests of justice served by granting this continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4. The parties further stipulated that after filing of the defendant's motion to suppress, time should be excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) from the filing of the motion through the conclusion of the hearing or disposition of the motion.

   The Court accepted the stipulation of the parties regarding time exclusions under the Speedy Trial Act and ordered that time be excluded for the reasons stated by the parties in open court.

**ORDER**

Based upon the representations and stipulation of counsel at the status conference, **IT IS HEREBY ORDERED** that:

1. The following briefing schedule is set for the defendant's motion to suppress evidence:

| | |
|---|---|
| Defendant's Motion: | October 6, 2009 |
| Government's Opposition: | November 3, 2009 |
| Defendant's Reply: | November 17, 2009 |
| Non-Evidentiary Hearing: | December 1, 2009, at 9:15 a.m. |

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from August 25, 2009, up to and including October 6, 2009. After October 6, 2009, time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) from the filing of the motion through the conclusion of the hearing or disposition of the motion.

DATED: September 2, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT