1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  ALBERTO ARELLANES FELIX

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,                CR-S-07-0099 LKK

11           Plaintiff,                     **STIPULATION AND ORDER
                                            CONTINUING HEARING,**
12      vs.                                 **RESETTING BRIEFING
                                            SCHEDULE AND EXCLUDING**
13 ALBERTO ARELLANES FELIX,                 **TIME UNDER THE SPEEDY
                                            TRIAL ACT**
14           Defendant.

15

16

17       IT IS HEREBY STIPULATED between the United States of America, through its attorney of

18 record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David

19 W. Dratman, that the hearing scheduled for December 1, 2009, shall be continued to March 2, 2010

20 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

21       Defense motions due:               January 12, 2010

22       Government's Opposition due:       February 9, 2010

23       Defendant's Reply due:             February 23, 2010

24       Non-Evidentiary Hearing:           March 2, 2010 at 9:15 a.m.

25       The parties had previously stipulated and the Court had ordered the exclusion of time through

26 December 1, 2009.   Defense counsel has been in a multiple defendant criminal jury trial in Yolo

27 County since October 5, 2009 which is anticipated to continue until at least the week of December 7,

28 2009; and, requires additional time to file motions in this case. The parties stipulate that the foregoing

justifies an exclusion of time between November 24, 2009 and March 2, 2010, within which the trial of this case must be commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv); and, Local Code T4 (time for defense counsel to prepare).

Dated:  November 25, 2009            /s/ David W. Dratman
                                     DAVID W. DRATMAN
                                     Attorney for Defendant
                                     ALBERTO ARELLANES FELIX


Dated:  November 25, 2009            BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY


                                     By: /s/ Jason Hitt*
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from November 24, 2009 to and including March 2, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: November 30, 2009

                                     /s/ Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT