DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO ARELLANES FELIX,<br><br>Defendant. | CR-S-07-0099 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for March 2, 2010, shall be continued to May 4, 2010 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

| | |
|---|---|
| Defense motions due: | March 30, 2010 |
| Government's Opposition due: | April 20, 2010 |
| Defendant's Reply due: | April 27, 2010 |
| Non-Evidentiary Hearing: | May 4, 2010 at 9:15 a.m. |

The parties had previously stipulated and the Court had ordered the exclusion of time through March 2, 2010.  Defense counsel had been in a multiple defendant criminal jury trial in Yolo County since October 5, 2009 which continued until mid December 2009; and, as a result counsel has been behind on filing the motions in this case which requires additional time.  The parties stipulate that the

foregoing justifies an exclusion of time between March 2, 2010 and May 4, 2010, within which the trial of this case must be commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv); and, Local Code T4 (time for defense counsel to prepare).

Dated:  February 26, 2010         /s/ David W. Dratman
                                  DAVID W. DRATMAN
                                  Attorney for Defendant
                                  ALBERTO ARELLANES FELIX


Dated:  February 26, 2010         BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY


                                  By: /s/ Jason Hitt*
                                     JASON HITT
                                     Assistant U.S. Attorney
                                     *Signed with permission


## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from March 2, 2010 to and including May 4, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated:  February 26, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT