DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO ARELLANES FELIX,<br><br>Defendant. | CR-S-07-0099 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for May 4, 2010, shall be continued to June 29, 2010 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

| | |
|---|---|
| Defense motions due: | May 25, 2010 |
| Government's Opposition due: | June 15, 2010 |
| Defendant's Reply due: | June 22, 2010 |
| Non-Evidentiary Hearing: | June 29, 2010 at 9:15 a.m. |

The parties had previously stipulated and the Court had ordered the exclusion of time through May 25, 2010. Defense counsel has had other matters in trial; and, as a result counsel has been behind on filing the motions in this case which requires additional time.  The parties stipulate that the foregoing justifies an exclusion of time between May 4, 2010 and June 29, 2010, within which the trial

1  of this case must be commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18
2  U.S.C. § 3161 (h)(8)(B)(iv); and, Local Code T4 (time for defense counsel to prepare).

3  Dated: April 28, 2010                              /s/ David W. Dratman
                                                      DAVID W. DRATMAN
4                                                     Attorney for Defendant
                                                      ALBERTO ARELLANES FELIX
5

6  Dated: April 28, 2010                              BENJAMIN B. WAGNER
                                                      UNITED STATES ATTORNEY
7

8                                                     By: /s/ Jason Hitt*
                                                          JASON HITT
9                                                         Assistant U.S. Attorney
                                                          *Signed with permission
10

11                                            ORDER

12       The Court, having considered the stipulation of the parties, and good cause appearing
13  therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of
14  the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel
15  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
16  The Court specifically finds that the ends of justice served by the granting of such continuance
17  outweigh the interests of the public and that the time from May 4, 2010 to and including June 29,
18  2010, shall be excluded from computation of time within which the trial of this case must be
19  commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to
20  prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

21       It is so ordered.

22  Dated: April 30, 2010

23                                                    LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
24                                                    UNITED STATES DISTRICT COURT

25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE...