DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-0099 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ALBERTO ARELLANES FELIX, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for June 29, 2010, shall be continued to September 8, 2010 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

| | |
|---|---|
| Defense motions due: | July 27, 2010 |
| Government's Opposition due: | August 24, 2010 |
| Defendant's Reply due: | August 31, 2010 |
| Non-Evidentiary Hearing: | September 8, 2010 at 9:15 a.m. |

The parties had previously stipulated and the Court had ordered the exclusion of time through June 29, 2010. Defense counsel has had other matters in trial and/or in trial preparation; and, as a result counsel has been behind on filing the motions in this case which requires additional time. The parties stipulate that the foregoing justifies an exclusion of time between June 29, 2010 and September

1  8, 2010, within which the trial of this case must be commenced, pursuant to the provisions of the
2  Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv); and, Local Code T4 (time for defense
3  counsel to prepare).

4  Dated:  June 24, 2010                                  /s/ David W. Dratman
                                                          DAVID W. DRATMAN
5                                                         Attorney for Defendant
                                                          ALBERTO ARELLANES FELIX

7  Dated:  June 24, 2010                                          BENJAMIN B. WAGNER
                                                                  UNITED STATES ATTORNEY

9                                                         By: /s/ Jason Hitt*
                                                              JASON HITT
10                                                            Assistant U.S. Attorney
                                                              *Signed with permission

12                                                ORDER

13        The Court, having considered the stipulation of the parties, and good cause appearing
14  therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of
15  the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel
16  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
17  The Court specifically finds that the ends of justice served by the granting of such continuance
18  outweigh the interests of the public and that the time from June 29, 2010 to and including September
19  8,  2010, shall be excluded from computation of time within which the trial of this case must be
20  commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to
21  prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

22        It is so ordered.

23  Dated: June 29, 2010

                                                          LAWRENCE K. KARLTON
                                                          SENIOR JUDGE
                                                          UNITED STATES DISTRICT COURT

STIPULATION AND  ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE...