1   DAVID W. DRATMAN
    Attorney at Law
2   State Bar No. 78764
    1007 7th Street, Suite 305
3   Sacramento, California  95814
    Telephone: (916) 443-2000
4   Facsimile:  (916) 443-0989
    Email: dwdratman@aol.com
5
    Attorney for Defendant
6   ALBERTO ARELLANES FELIX

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              CR-S-07-0099 LKK

11            Plaintiff,                   **STIPULATION AND ORDER**
                                           **CONTINUING HEARING,**
12       vs.                               **RESETTING BRIEFING**
                                           **SCHEDULE AND EXCLUDING**
13  ALBERTO ARELLANES FELIX,               **TIME UNDER THE SPEEDY**
                                           **TRIAL ACT**
14            Defendant.

15

16

17         IT IS HEREBY STIPULATED between the United States of America, through its attorney of

18  record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David

19  W. Dratman, that the hearing scheduled for November 2, 2010, shall be continued to December 21,

20  2010 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be

21  adopted:

22         Defense motions due:             November 23, 2010

23         Government's Opposition due:      December 7, 2010

24         Defendant's Reply due:           December 14, 2010

25         Non-Evidentiary Hearing:         December 21, 2010 at 9:15 a.m.

26         The parties had previously stipulated and the Court had ordered the exclusion of time through

27  November 2, 2010. Defense counsel has had other matters in trial and/or in trial preparation; and, as

28  a result counsel has been behind on filing the motions in this case which requires additional time.  The

1  parties stipulate that the foregoing justifies an exclusion of time between November 2, 2010 and

2  December 21, 2010, within which the trial of this case must be commenced, pursuant to the provisions

3  of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv); and, Local Code T4 (time for

4  defense counsel to prepare).

5  Dated:  October 28, 2010                          /s/ David W. Dratman
                                                      DAVID W. DRATMAN
6                                                     Attorney for Defendant
                                                      ALBERTO ARELLANES FELIX

7

8  Dated:  October 28, 2010                          BENJAMIN B. WAGNER
                                                      UNITED STATES ATTORNEY

9

10                                                  By: /s/ Jason Hitt*
                                                      JASON HITT
11                                                    Assistant U.S. Attorney
                                                      *Signed with permission

12

13                                    ORDER

14       The Court, having considered the stipulation of the parties, and good cause appearing

15  therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of

16  the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel

17  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18  The Court specifically finds that the ends of justice served by the granting of such continuance

19  outweigh the interests of the public and that the time from November 2, 2010 to and including

20  December 21,  2010, shall be excluded from computation of time within which the trial of this case

21  must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel

22  to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

23       It is so ordered.

24  Dated: October 29, 2010

25                                                  LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
26                                                  UNITED STATES DISTRICT COURT

27

28

STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE...