1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-0099 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND  ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ALBERTO ARELLANES FELIX, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for June 21, 2011 shall be continued to August 30, 2011 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

| | |
|---|---|
| Defense motions due: | July 12, 2011 |
| Government's Opposition due: | August 9, 2011 |
| Defendant's Reply due: | August 23, 2011 |
| Non-Evidentiary Hearing: | August 30, 2011 at 9:15 a.m. |

The parties had previously stipulated and the Court had ordered the exclusion of time through June 21, 2011. Defense counsel has had other matters in trial and/or in trial preparation; and, as a result counsel has been behind on filing the motions in this case which requires additional time.  The parties stipulate that the foregoing justifies an exclusion of time between June 21, 2011and August 30,

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE...

2011, within which the trial of this case must be commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv); and, Local Code T4 (time for defense counsel to prepare).

Dated:  June 15, 2011       /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
ALBERTO ARELLANES FELIX

Dated:  June 15, 2011       BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney
*Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from June 21, 2011 to and including August 30, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: June 17, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT