DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-0099 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ALBERTO ARELLANES FELIX, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for October 18, 2011 shall be continued to December 6, 2011 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

| | |
|---|---|
| Defense motions due: | November 1, 2011 |
| Government's Opposition due: | November 22, 2011 |
| Defendant's Reply due: | November 29, 2011 |
| Non-Evidentiary Hearing: | December 6, 2011 at 9:15 a.m. |

The parties had previously stipulated and the Court had ordered the exclusion of time through October 18, 2011.  Defense counsel has had other matters in trial and/or in trial preparation; and, as a result counsel has been behind on filing the motions in this case which requires additional time.  The parties stipulate that the foregoing justifies an exclusion of time between October 12, 2011 and

1  December 6, 2011, within which the trial of this case must be commenced, pursuant to the provisions

2  of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time

3  for defense counsel to prepare and continuity of counsel).

4  Dated: October 12, 2011                    /s/ David W. Dratman
                                               DAVID W. DRATMAN
5                                              Attorney for Defendant
                                               ALBERTO ARELLANES FELIX
6

7  Dated: October 12, 2011                    BENJAMIN B. WAGNER
                                               UNITED STATES ATTORNEY
8

9                                              By: /s/ Jason Hitt*
                                                  JASON HITT
10                                                Assistant U.S. Attorney
                                                  *Signed with permission
11

12                                        ORDER

13       The Court, having considered the stipulation of the parties, and good cause appearing

14  therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of

15  the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel

16  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

17  The Court specifically finds that the ends of justice served by the granting of such continuance

18  outweigh the interests of the public and that the time from October 12, 2011 to and including

19  December 6, 2011 , shall be excluded from computation of time within which the trial of this case

20  must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel

21  to prepare and continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

22       It is so ordered.

23  Dated: October 13, 2011

24
                                    LAWRENCE K. KARLTON
25                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
26

27

28