1
2
3
4
5



6       IN THE UNITED STATES DISTRICT COURT

7       FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9

10  UNITED STATES OF AMERICA,

11           Plaintiff,                    CR. S-07-0099 LKK

12       vs.                               ORDER FOR RELEASE OF PERSON IN
                                           CUSTODY
13  ALBERTO ARELLANES FELIX,

14           Defendant.
15  _____/

16  TO:   UNITED STATES MARSHAL:

17       This is to authorize and direct you to release ALBERTO ARELLANES FELIX, Case No.

18  CR. S-07-0099 LKK, Charge 21 U.S.C. § 841(a) (1) - Possession with Intent to Distribute Heroin,

19  from custody subject to the conditions as stated in open Court on March 27, 2012:

20           ___   Release on Personal Recognizance

21           ___   Bail Posted in the Sum of $ [ ]

22                 ___   Unsecured Appearance Bond

23                 ___   Appearance Bond with 10% Deposit

24                 ___   Appearance Bond with Surety

25                 ___   Corporate Surety Bail Bond

26

1        __X__    (Other) [Defendant sentenced to TIME SERVED - Judgment and

2              Commitment to be issued].

3 Issued at Sacramento, CA on March 27, 2012 at 10:00 a.m.

4

5 Dated: March 27, 2012

6                                  LAWRENCE K. KARLTON

7                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

FELIX, ALBERTO.wpd                  2